**Order entered February 17, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00856-CV

### IN THE INTEREST OF C.S.B AND R.D.B, CHILDREN

**On Appeal from the 255th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-11-15158**

## ORDER

We **GRANT** the February 13, 2015 second motion of Micaela Ynostrosa, Certified Shorthand Reporter, for an extension of time to file the reporter's record. The reporter's record shall be filed by **MARCH 18, 2015**.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Micaela Ynostrosa, Joie Rivera, Official Court Reporter for the 255th Judicial District Court, and all counsel of record.

/s/     ELIZABETH LANG-MIERS
         JUSTICE